UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NORTHEASTERN DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

APR 0 5 2006

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO: 2:06-00007 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(g) |
| STEVEN SMITH | ) | 21 U.S.C. § 843 841(a)(1) |
| SHIRLEEN MABE KEY | ) | 21 U.S.C. § 846 |
| | ) | 26 U.S.C. § 5861(d) and 5871 |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

From in or around November 2003 and continuing up to and including March 11, 2004, the exact dates being unknown to the Grand Jury, in the Middle District of Tennessee and elsewhere, **STEVEN SMITH** and **SHIRLEEN MABE KEY** did combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally manufacture a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about March 11, 2004, in the Middle District of Tennessee, **STEVEN SMITH** and **SHIRLEEN MABE KEY** did unlawfully, knowingly and intentionally possess equipment, products, chemicals, and materials which may be used to manufacture methamphetamine, a Schedule II controlled substance, with the intent to manufacture and facilitate the manufacture of methamphetamine.

In violation of Title 21, United States Code, Section 843(a)(6) and (d)(2) and Title 18, United States Code, Section 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about March 11, 2004, in the Middle District of Tennessee, **STEVEN SMITH** having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting commerce, a firearm, to wit: a Ruger .357 caliber revolver.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about March 11, 2004, in the Middle District of Tennessee, **STEVEN SMITH** did knowingly possess firearms, as defined by Title 26, United States Code, Sections 5845(a) and (f), to wit: five improvised destructive devices, which were not registered to **STEVEN SMITH** in the National Firearms and Registration and Transfer Record required by Title 26, United States Code, Section 5841(a).

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about May 16, 2004, in the Middle District of Tennessee, **STEVEN SMITH** and **SHIRLEEN MABE KEY** did unlawfully, knowingly and intentionally manufacture a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about May 16, 2004, in the Middle District of Tennessee, **SHIRLEEN MABE KEY** and **STEVEN SMITH** did unlawfully, knowingly and intentionally possess equipment, products, chemicals, and materials which may be used to manufacture methamphetamine, a Schedule II controlled substance, with the intent to manufacture and facilitate the manufacture of methamphetamine.

In violation of Title 21, United States Code, Section 843(a)(6) and (d)(2) and Title 18, United States Code, Section 2.

A TRUE BILL:

GRAND JURY FOREPERSON

_____
JAMES K. VINES
UNITED STATES ATTORNEY