Petty Offense ( )
Misdemeanor ( )
Felony (✓)
Juvenile ( )

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
__Northeastern__ DIVISION

County of Offense: __PUTNAM__

AUSA's NAME: __O'Brien, Paul__

__Steven Smith__
Defendant's Name

_____
Defendant's Address

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 21/846 | Conspiracy to Manufacture Meth | NMT 20 yrs | $1,000,000 |
| 2+6 | 21/843(a)(6) | Poss of Equipment to Man Meth | NMT 10 | $250,000 |
| 3 | 18 USC §922(g) | Felon in Poss Firearm | NMT 10 | $250,000 |

If the defendant is charged with violating 18 U.S.C. sec. 922(g) and has 3 prior qualifying felonies, then the penalties are as follows: imprisonment not less than 15 years nor more than life; fine not more than $250,000; supervised release not more than 5 years; 18:924(e)(1)

If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
|  |  |  |  |

Is the defendant currently in custody?   (✓) Yes  ( ) No       If Yes, (State) or Federal?

Has a complaint been filed?   ( ) Yes  (✓) No

  If Yes:  Name of Magistrate Judge _____   Case No.: _____

    Was the defendant arrested on the complaint?   ( ) Yes   ( ) No

Has a search warrant been issued?   ( ) Yes  (✓) No

  If Yes:  Name of Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge:  ( ) Yes  ( ) No    Amount of bond: _____

Is this a Rule 20? ( ) Yes  ( ) No    To/from what district? _____

Is this a Rule 40? ( ) Yes  ( ) No    To/from what district? _____

Is this case related to a pending or previously filed case?   (✓) Yes   ( ) No

  What is the related case number: __2:05-00004__

  Who is the Magistrate Judge: _____    District Judge: __Trauger__

Estimated trial time: _____

The Clerk will issue a **summons** / **(warrant)**

Bond Recommendation: __Detention__

Case 2:06-cr-00007   Document 1-1   Filed 04/05/06   Page 1 of 2 PageID #: 6

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 4 | 26/5861 | Poss of unregistered Firearm | NMT 10 yr | $250,000 |
| 5 | 21/841(a)(1) | Manufacturing Meth | NMT 20 yr | $250,000 |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |