| Petty Offense | ( ) |
|---|---|
| Misdemeanor | ( ) |
| Felony | ( ) |
| Juvenile | ( ) |

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
__Northeastern__ DIVISION

County of Offense: __PUTNAM__
AUSA's NAME: __O'Brien, Paul__

Defendant's Name: __Shirleen Mabe Key__

Defendant's Address: _____

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 21/846 | Conspiracy to Manufacture Meth | NMT 20 yrs | 1,000,000 |
| 2+6 | 21/843(a)(6) | Possession of Equipment to man Meth | NMT 10 yrs | $250,000 |
| 5 | 21/841(a)(1) | Manufacturing Meth | NMT 2 yrs | 1,000,000 |

If the defendant is charged with violating 18 U.S.C. sec. 922(g) and has 3 prior qualifying felonies, then the penalties are as follows: imprisonment not less than 15 years nor more than life; fine not more than $250,000, supervised release not more than 5 years; 18:924(e)(1)

If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| | | | |

Is the defendant currently in custody? ( ) Yes (✓) No    If Yes, State or Federal? _____

Has a complaint been filed? ( ) Yes (✓) No

     If Yes: Name of Magistrate Judge _____ Case No.: _____

     Was the defendant arrested on the complaint? ( ) Yes ( ) No

Has a search warrant been issued? ( ) Yes (✓) No

     If Yes: Name of Magistrate Judge _____ Case No.: _____

Was bond set by Magistrate/District Judge: ( ) Yes (✓) No    Amount of bond: _____

Is this a Rule 20? ( ) Yes ( ) No    To/from what district? _____

Is this a Rule 40? ( ) Yes ( ) No    To/from what district? _____

Is this case related to a pending or previously filed case? (✓) Yes ( ) No

     What is the related case number: __2:05-00004__

     Who is the Magistrate Judge: _____ District Judge: __TRAUGER__

Estimated trial time: _____

The Clerk will issue a summons / **(warrant)**

Bond Recommendation: __Detention__