AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**Middle** District of **Tennessee**

UNITED STATES OF AMERICA

V.

Steven Smith
State custody

**WARRANT FOR ARREST**

Case Number: 2:06-00007 Judge Trauger

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Steven Smith**
　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment　☐ Information　☐ Complaint　☐ Order of court　☐ Probation Violation Petition　☐ Supervised Release Violation Petition　☐ Violation Notice

charging him or her with (brief description of offense)

21:846: Conspiracy to manufacture methamphetamine (Count 1)
21:843(a)(6), 21:843 (d)(2) and 18:2: Possession of equipment and materials to manufacture methamphetamine (Counts 2, 6)
18:922(g)(1) and 18:924: Convicted felon in possession of firearm (Count 3)
26: 5861(d) and 26:5871: Possession of unregistered improvised destructive devices (Count 4)
21:841(a)(1): Manufacturing methamphetamine (Count 5)

in violation of Title **See above** United States Code, Section(s) _____

| Ann E. Schwarz | *Ann J. Schwarz* (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Criminal Supervisor | 4/6/2006　　Nashville, TN |
| Title of Issuing Officer | Date　　Location |

USMS 04/11/06 3:04

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

F.C.H. Nashville, TN

| DATE RECEIVED 4/11/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/16/06 | DUSM Cordell Frazier | Cordell Frazier |